# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Pat Mays

*Plaintiff*

v.

Madison County Catholic Charities

*Defendant(s)*

Case Number: 26-cv-395-DWD
(Clerk's Office will provide)

## PRO SE CIVIL RIGHTS COMPLAINT
(Non-Prisoner)

**I. JURISDICTION**

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here: Public act 110 STAT. 3488
815 ILCS 505
820 ILCS 15 Employment contract act
130 STAT. 538, U.S.C. Title 18 Ch 90
1st amendment to United States Constitution
(35 ILCS 200/31-45) Real estate Transfer Tax Law

**II. PARTIES**

**Plaintiff:**

A. Plaintiff, a citizen of Illinois (state), who resides at 612 Cherry Street / PO Box 881 ALTON, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant Denise Burton (a) (Name of First Defendant) is employed as Area Director (b) (Position/Title)

with Madison County Catholic Charities
(c) (Employer's Name and Address)
3512 McArthur Blvd
Alton, IL 62002

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☐ Yes ☑ No

If your answer is YES, briefly explain:

not that I'm aware

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #2:**

C. Defendant Sheryll Kellum is employed as
(Name of Second Defendant)

Alton Community Services Supervisor
(Position/Title)

with Madison County Catholic Charities
(Employer's Name and Address)
3512 McArthur Blvd
Alton, IL 62002

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☐ Yes ☑ No

If you answer is YES, briefly explain:

not that I'm aware

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages**.

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Defendant #3:**

D. Defendant Steve Roach is employed as
(Name of Third Defendant)

Executive Director Madison County Catholic Charities
(Position/Title)

with 3512 McArthur Blvd
(Employer's Name and Address)

Alton, IL 62002

At the time the claim(s) alleged in this complaint arose, was Defendant #3 employed by the state, local, or federal government? ☐ Yes ☑ No

If you answer is YES, briefly explain:

not that Im aware

Check one of the following:

☑ This defendant **personally participated** in causing my injury, and I want **money damages.**

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something).

**Additional Defendant(s) (if any):**

E. Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

Please see attachment

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in this federal court?

[✓] Yes [ ] No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.

1. Parties to previous lawsuits:

Plaintiff(s): Pat Mays

Defendant(s): Lewis and Clark Community foundation / Lewis and Clark Community College

2. Case number: 3:25-CV-01131-SMY

3. Name of Judge to whom case was assigned: Judge Staci M. Yandl

4. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

Dismissed

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege several related claims, number and set forth each claim in a separate paragraph.

Please see attachment

V. **REQUEST FOR RELIEF** (*check as many boxes as appropriate*)

Plaintiff requests that the court grant the following relief:

Compensatory damages in the amount of $ 5,000.

Punitive damages in the amount of $ 105,000.

An ordering requiring defendant(s) to: Compensate the Plantiff for Injuries resulting from loss of Employme and defamation of Character

A declaration that: that (35 ILCS 200/31-45) is and has become a matter of federal subject matter jurisdiction (see attachmen

Other: that 18 USC 2339B: Providing material support or resources to designated foreign terrorist organization is a matter of federal subject matter jurisdiction (see attachmen

VI. **JURY DEMAND** (*check one box below*)

Plaintiff ○ does or ⊘ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 3/13/2026 (date)

[signature] Signature of Plaintiff

1612 Cherry St. / PO Box 221 Street Address

Patrick Mays Printed Name

Alton, IL 62002 City, State, Zip

(10/2010)

# Local Municipality
# City of Alton
# City of Alton-Public Works Department
# City of Alton-Public Works Department-Employment Opportunities

https://www.youtube.com/watch?v=bNO1NaiX1-M

**MARSOC Marine Raiders - "Set A Fire" || Military Tribute (2022)**

https://www.imf.org/en/Blogs/Articles/2017/11/09/roads-or-schools-a-critical-tradeoff

It was John Kluge, and he wanted to execute Wyly's merger plan. Wyly was ready to sell, but he could not resist pressing Kluge about his interests in steakhouses. When Kluge came to Dallas, Wlyl asked him, "John, Fortune says your licenses are worth $5 billion, which makes you now the richest man in the world. You made your money in broadcasting, and your son is six years old. Why do you want to own your own steak house.----BEYOND TALLULAH DENNIS HAMILTON

https://youtu.be/WzUGtWLiNRA?si=_U-eUOlr76ykbXMR

Watch "St. Louis building inspector resigns amid investigation into potential corruption" on YouTube



In our recent IMF Working Paper, we find that low-income countries tend to spend less on schools than on roads as a share of GDP—even though investment in education may be a more pressing need in their societies.--- Manoj Atolia, Bin Grace Li, Ricardo Marto, Giovanni MelinaRoads or Schools: A Critical Tradeoff

# City of Alton-Employment Opportunities-Inquiry
# City of Alton-Citizen/Civilian Inquiry

The Stiritz family purchased this double lot in 1893 and first lived in the neighboring house to the north at 1109 State....Mr. Stiritz (1854-1932) was the son of German immigrants, John and Henerietta Striritz....They transformed the original eat in kitchen into a one-bedroom Airbnb rental with private bath and entry ---Eric Shultiz Hayner Public Library Geanology and local history library--Saturday, OCTOBER 4, 2025

Keaun Cook, accused of terrorism as teen, found mentally unfit, set for treatment center transfer




Recycle Bin
Google Earth Pro
Microsoft Edge
OS Build: 2009
OS Version: Windows 11
Host Name: BCP3
Boot Time: 3/12/2026 12:04 PM
Logon Server: DCP02
Logon Domain: PUBLICNETWORK
Model: OptiPlex AIO Plus 7420
Asset Number: 27FDK44
Architecture: x64-based PC
User Name: patron
IP Address Active: 10.1.30.50 fe80::24be:d36c:5204:f04b
Subnet Mask Active: 255.255.255.0 64
Gateway Active: 10.1.30.1
DHCP Active Server: 10.1.5.212
DNS Active Server: 192.168.1.32 192.168.1.33
Network Speed: 1 Gb/s
Network Card: Intel(R) Ethernet Connection (17) I219-LM
My Account
Lock Screen
Exit
Time: 120 minutes
Search
12:07 PM
3/12/2026

# The Hayner Public Library District

Serving Alton, Godfrey & Foster Township — Winter 2026

## *The Hayner Public Library District Considering New Building*

The Hayner Public Library District, which serves the approximately 46,000 residents of Alton, Godfrey, and Foster Township, recently completed a building program developed to assist the Board of Trustees as they determine the best course of action for the District's facilities.

In April 2024, the District hired Fred Schlipf to assist in writing the building program, a comprehensive plan outlining the District's goals, requirements, and functional needs of a potential new facility. Schlipf has been a library school faculty member for over fifty years, currently serving as an Adjunct Professor at the Graduate School of Information Science at the University of Illinois Urbana-Champaign. He is the author of the book *The Practical Handbook of Library Architecture: Creating Building Spaces That Work*, the definitive resource for library architecture.

For nearly eighteen months, Mr. Schlipf, the Board of Trustees, and the Library's Executive Director Mary Cordes, reviewed the District's current building facilities; analyzed the District's current collections, services, and programs; interviewed library employees to ascertain the needs of each department within the Library; and reviewed the Library's mission, values, and service roles within the community.

The District's long-term lease with Alton Square Mall will end in 2028, and the Library must give Hull Property Group, the owners of the Alton Square Mall, a year's notice of the District's intention to remain at the mall or leave. Hayner Library first moved to the Alton Square Mall in 1985. The District pays over $20,000 per month, plus utilities, to rent the Alton Square Mall location. The Library is also responsible for all maintenance and repairs within the Library's mall facility.

The District's Downtown Library, located at 326 Belle Street, is no longer conducive to the ever-changing needs of a public library. The Genealogy & Local History Library, housed in the District's original library building at 401 State Street, has outgrown its space, with more room needed to house, maintain, and preserve the history of Alton, Godfrey, Foster Township, and surrounding areas. The Genealogy & Local History Library's basement also houses the Library's administrative offices, IT department, and Technical Services department; all three of these departments have outgrown their spaces.

All of these issues, combined with the Board of Trustees concern regarding the long-term viability and future of the Alton Square Mall, led the Board to perform their due diligence in considering all facility options, including the possibility of a new library building, which would combine the collections and staff of the Downtown Library and Hayner Library at Alton Square Mall into one facility, and utilize both levels of the Genealogy & Local History Library for genealogical and local history purposes.

Continued on next page ➡

Things to Know...

About The Hayner Public Library District

@HaynerLibrary

@haynerlibrary

**HOLIDAYS**

The Library will be closed for the following holidays:

January 1- New Year's Day

January 19 - Dr. Martin Luther King, Jr. Day

February 16 - Presidents' Day

**BOARD OF TRUSTEES**

Kevin Botterbush, President

Peter Tassinari, Vice President

Amber Sims, Secretary

David Cousley, Treasurer

Kerry Miller

Ed Morrissey

Christy Schaper

**NEWSLETTER EDITOR**

Mary Cordes




# ARE YOU LOOKING FOR A REWARDING CAREER OPPORTUNITY WITH EXCELLENT BENEFITS?

## Then scan to view current opportunities!

Send your resume our way now!

**DHS.RECRUITMENT@ILLINOIS.GOV**

## **Bilingual a Huge Plus**

# ¿BUSCAS UNA GRAN OPORTUNIDAD LABORAL CON EXCELENTES BENEFICIOS?

## ¡Escanea para ver las oportunidades!

Envíe su currículum ahora

**DHS.RECRUITMENT@ILLINOIS.GOV**

## **Bilingüe una ventaja!**

IDHS
ILLINOIS DEPARTMENT OF HUMAN SERVICES

IDHS 5580 E/S (N-08-22) Are You Looking for a Rewarding Career - Printed by the Authority of the State of Illinois. 1,500 copies PO#24-1049




Ret Mays
PO Box 31
Alton IL
62002

United States District Court
for the ~~Southern District of~~
Illinois
Judge Stacie M. Yandle
750 Missouri Avenue
East Saint Louis, IL
62201

MAIL CLEARED
US MARSHALS

MAIL CLEARED
US MARSHALS

RECEIVED

MAR 19 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE